**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario VALENCIA–OCHOA,**
**Defendant–Appellant.**

**No. 16–50007**

United States Court of Appeals,
Ninth Circuit.

Submitted July 26, 2016 *

FILED August 01, 2016

Andrew Richard Haden, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Nicole Ries Fox, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff–Appellee.

Jennifer Lynn Coon, Attorney, Law Office of Jennifer L. Coon, San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Mario Valencia–Ochoa appeals from the district court's judgment and challenges the revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Valencia–Ochoa contends that 18 U.S.C. § 3583(e)(3), which provides that a district court may revoke supervised release and

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

impose a term of imprisonment upon finding by a preponderance of the evidence that the defendant violated a condition of supervised release, is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As Valencia–Ochoa concedes, this claim is foreclosed. *See United States v. Santana*, 526 F.3d 1257, 1262 (9th Cir. 2008).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.